THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH R. WHITE, Appellant. (Appeal No. 1.) [751 NYS2d 896] —Appeal from a judgment of Niagara County Court (Sperrazza, J.), entered March 30, 2001, convicting defendant upon his plea of guilty of robbery in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously modified on the law by vacating the sentence and as modified the judgment is affirmed and the matter is remitted to Niagara County Court for resentencing in accordance with the following memorandum: Defendant appeals from two judgments convicting him upon his pleas of guilty of robbery in the first degree (Penal Law § 160.15 [3]) and attempted robbery in the second degree (§§ 110.00, 160.10). We agree with defendant that County Court violated the terms of the plea agreements by imposing a consecutive rather than a concurrent sentence. The court promised to sentence defendant to a concurrent term of imprisonment with a maximum term of 15 years. The court, however, sentenced defendant to a 12-year term of imprisonment on the robbery count, to run consecutively to the three-year term of imprisonment imposed on the attempted robbery count. We therefore modify the judgments by vacating the sentences, and we remit the matters to Niagara County Court for resentencing in accordance with the terms of the plea agreements. Present—Pigott, Jr., P.J., Green, Hayes, Scudder and Lawton, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH R. WHITE, Appellant. (Appeal No. 2.) [751 NYS2d 895] —Appeal from a judgment of Niagara County Court (Sperrazza, J.), entered March 30, 2001, convicting defendant upon his plea of guilty of attempted robbery in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously modified on the law by vacating the sentence and as modified the judgment is affirmed and the matter is remitted to Niagara County Court for resentencing in accordance with the same memorandum as in *People v White* ([appeal No. 1] 300 AD2d 1100). Present—Pigott, Jr., P.J., Green, Hayes, Scudder and Lawton, JJ.